UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH STOUT, JR.,

    Plaintiff,

v.                                             Case No: 8:14-cv-2416-T-27EAJ

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*. Venue in this case properly lies in the Fort Myers Division. Therefore, this case is **TRANSFERRED** to the Fort Myers Division of the Middle District of Florida. The clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 2nd day of October, 2014.

                                                        JAMES D. WHITTEMORE
                                                        United States District Judge

Copies to:
Counsel of Record